IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

RENAE LOMAN

    Plaintiff,                                         Case No. 18CV359

vs.

SONNY PERDUE
SECRETARY
DEPARTMENT OF AGRICULTURE AGENCY

    Defendant.

## PARTIES' RULE 26(f) JOINT PRETRIAL REPORT

    NOW COME the plaintiff, Renae Loman, by her attorneys, Arellano & Phebus, S.C., Attorney Victor M. Arellano and Attorney Douglas J. Phebus, and the defendant, Sonny Perdue, Secretary of the Department of Agriculture Agency, by the Eastern District of Wisconsin, Office of the United States District Attorney, Assistant United States Attorney Brian E. Pawlak and hereby submit their Rule 26(f) Joint Pretrial Report:

1. **Nature of the case.** Pursuant to the Civil Rights Act of 1964 (as amended in 1991), 42 U.S.C. §2000 et. seq. (Title VII) and The Equal Pay Act, the plaintiff alleges that she is female and was paid less compensation for performing equal work as similarly situated male co-workers and denied a promotion.

2. **Amendments to the pleadings.** The parties do not anticipate amendments to the pleadings.

3. **Joining other parties.** The parties do not anticipate joining other parties.

4. **Nature of discovery and discovery deadline.** The parties anticipate both written and oral discovery and for discovery to be completed five months before the trial date.

5. **Contemplated motions.** The plaintiff does not contemplate any motions.

6. **Estimated length of trial.** The parties anticipate a three day trial.

7. **Jury trial.** The parties anticipate a jury trial.

8. **Other issues.** There are no other issues that impact trial scheduling.

9. **Statement of attestation.** The parties attest they have discussed each of the above issues.

Dated this 9th day of October, 2019.

        ARELLANO & PHEBUS, S.C.
        Attorneys for Plaintiff

        *s/ Douglas J. Phebus*
        Douglas Phebus
        State Bar No. 1029524
        dphebus@aplawoffice.com
        Victor M. Arellano
        State Bar No. 1011684
        varellano@aplawoffice.com
        1468 North High Point Road, Suite 102
        Middleton, WI 53562-3683
        Telephone: 608.827.7680
        Facsimile: 608.827.7681


        EASTERN DISTRICT OF WISCONSIN
        OFFICE OF THE U.S. ATTORNEY
        Attorneys for Defendant

        *s/ Brian E. Pawlak*
        Brian E. Pawlak
        State Bar No. 1009916
        brian.pawlak@usdoj.gov
        517 East Wisconsin Avenue, Room 530
        Milwaukee, WI 53202
        Telephone: 414.297.1083
        Facsimile: 414.297.1738